UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ASHISH PAUL, | : |
| Defendant, | : Crim. No. 07-773 (FSH) |
| v. | : **ORDER** |
| UNITED STATES | : Date: April 18, 2008 |

**HOCHBERG, District Judge**

This matter coming before the court in advance of Defendant's sentencing hearing on May 19, 2008 at 2:00 pm;

**IT IS** on this 18th day of April, 2008,

**ORDERED** that the restitution hearing shall take place in conjunction with the sentencing hearing on May 19, 2008; and it is further

**ORDERED** that the parties shall by **May 8, 2008** simultaneously submit briefs of no more than **ten (10) pages** on the issue of restitution; and it is further

**ORDERED** that not later than **May 13, 2008** the parties may respond in simultaneous reply briefs not to exceed **five (5) pages** each; and it is further

**ORDERED** that any witnesses required for the restitution hearing shall be present on May 19, 2008 at 2:00 pm.

                                           **/s/ Faith S. Hochberg**
                                           Hon. Faith S. Hochberg, U.S.D.J.