MARINO TORTORELLA PC
437 Southern Boulevard
Chatham, New Jersey 07928-1488
(973) 824-9300
*Attorneys for Defendant Ashish Paul*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>        Plaintiff,<br><br>-v-<br><br>ASHISH PAUL,<br><br>        Defendant. | Criminal No.: 06-00773 (FSH)<br><br>**ORDER EXTENDING THE SURRENDER DATE FOR DEFENDANT ASHISH PAUL** |

THIS MATTER having come before the Court on the joint application of Ashish Paul, through his attorneys, Marino Tortorella PC (Kevin H. Marino, Esq., appearing), and the United States of America (Erez Liebermann, AUSA, appearing), for an Order extending Ashish Paul's surrender date to afford the defendant the opportunity to address his designation by the Bureau of Prisons; and

IT APPEARING THAT the Bureau of Prisons, through Louis Milusnic, Chief of Designations, Bureau of Prisons, has consented; and

IT APPEARING THAT the defendant requires time to address the designation of the public safety factor of alien with Immigration and Customs Enforcement, as recommended by the Bureau of Prisons; and

good cause having been shown;

IT IS on this 20th day of June, 2008

ORDERED that Defendant Ashish Paul shall report to the institution designated by the Bureau of Prisons on July 23, 2008, or on such other date as shall be fixed by the Bureau of Prisons.

_____
Honorable Faith S. Hochberg, U.S.D.J.