PAUL J. FISHMAN
UNITED STATES ATTORNEY
LEAH A. BYNON
ASSISTANT U.S. ATTORNEY
970 Broad Street, Room 700
Newark, New Jersey 07102
(973) 645-2736

January 27, 2010

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | HON. FAITH S. HOCHBERG |
| PLAINTIFF, | : | CRIMINAL NO. 06-773 |
| v. | : | |
| ASHISH PAUL, | | |
| | : | ORDER |
| DEFENDANT, | | |
| HUDSON CITY SAVINGS BANK, and its successors or assigns, | : | |
| GARNISHEE. | : | |

This matter having been opened to the Court by the U.S. Attorney for the District of New Jersey, on behalf of plaintiff United States of America, and for good cause shown,

It is on this 3rd day of February 2010,

ORDERED that the Application and Order for Writ of Garnishment in this matter is hereby WITHDRAWN.

By: _____
HONORABLE FAITH S. HOCHBERG
JUDGE, U.S. DISTRICT COURT