*UNITED STATES DISTRICT COURT*
*DISTRICT OF NEW JERSEY*

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>*Plaintiff,*<br><br>v.<br><br>**ASHISH PAUL,**<br><br>*Defendants.* | *Criminal No.* **06-773** (FSH)<br><br>**ORDER** |

    Upon consideration of the application of the United States of America for an Order directing the United States Marshal Service to turn over seized funds totaling $429,000 to the Clerk of Court, District of New Jersey; and

    Whereas defendant Ashish Paul was ordered to pay restitution in the amount of $1.6 million dollars to victims as set forth in Schedule A to the judgment, and a balance of $1,725,370.08 (including fine of $125,000) remains unpaid; and

    For good cause shown, it is on this 25th day of April, 2011

    Ordered that the United States Marshal Service shall turn over seized funds totaling $429,000 to the Clerk of Court, U.S. District Court, District of New Jersey, 402 East State Street, Room 2020, Trenton, New Jersey 08608 for distribution to the victims owed restitution. Defendant shall be credited with payment towards the restitution Order.

                              FAITH S. HOCHBERG
                              UNITED STATES DISTRICT JUDGE
                              UNITED STATES DISTRICT COURT